**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2013

**BY FACSIMILE:**
The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 04/30/13

    Re:    <u>Leon Williams v. United States,</u>
           13 Civ. 1234 (LBS), 06 Cr. 319 (LBS)

Dear Judge Sand:

        Pursuant to Your Honor's March 13, 2013 Order, the Government's opposition to the defendant's motion under 28 U.S.C. § 2255 is due by May 13, 2013. On April 8, 2013, I was assigned to this matter. The files relating to the underlying conviction were archived and I am currently in the process of assembling and reviewing the materials. So that the Government can fully respond to the various issues raised in the defendant's motion, the Government respectfully requests that its time to answer be extended by 60 days, or until July 13, 2013.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

    By:    */s/ Andrea Griswold*
        Andrea M. Griswold
        Assistant United States Attorney
        (212) 637-1205

cc:    Leon Williams (by U.S. Mail)

*Extension granted. So ordered.*
*Leonard B. Sand*
*04/30/13*